LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAS SULTAN, et al. | No. CV S 09 2158 GEB EFB |
| Plaintiffs, | JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT; ORDER |
| v. | |
| David Roark, Director, USCIS Texas Service Center, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a 60-day extension of time for the government to file its answer to the complaint, until December 15, 2009. As well, the parties request that the scheduling conference, currently set for November 2, 2009, be reset to sometime after the new answer date.

Dated: October 15, 2009

                          LAWRENCE G. BROWN
                          United States Attorney

            By:    /s/Audrey Hemesath
                   Audrey B. Hemesath
                   Assistant U.S. Attorney
                   Attorneys for the Defendants

-1-

By:   /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to December 15, 2009, and the status conference is reset to March 29, 2010, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  October 21, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge