BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUHAMMAD SULTAN, et al. | No. CV S 09 2158 GEB EFB |
| Plaintiffs, | JOINT STIPULATION RE: SECOND EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| David Roark, Director, USCIS Texas Service Center, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to one extension of time in which to file the government's answer. The parties endeavored to reach an administrative resolution to the matter, however, at this time, the government is preparing to file a dispositive motion and requires more time to request the supporting documentation. Accordingly, the parties stipulate to a 30-day extension of time for the government to file its answer to the complaint, until January 15, 2010.

Dated:  December 10, 2009

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to January 15, 2010.

IT IS SO ORDERED.

Dated: December 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-