UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MUHAMMED SULTAN, SARWAT SULTAN, )
MADEEHA SULTAN,                  )
                                 )    2:09-cv-02158-GEB-EFB
         Plaintiffs,             )
                                 )    ORDER CONTINUING STATUS
    v.                           )    (PRETRIAL SCHEDULING)
                                 )    CONFERENCE
DAVID ROARK, DIRECTOR, USCIS TEXAS )
SERVICE CENTER; GERARD HEINAUER, )
DIRECTOR, USCIS NEBRASKA SERVICE )
CENTER; MICHAEL AYTES, ACTING    )
DEPUTY DIRECTOR, USCIS; U.S.     )
CITIZENSHIP AND IMMIGRATION      )
SERVICES; JANET NAPOLITANO,      )
SECRETARY USDHS; U.S. DEPARTMENT )
OF HOMELAND SECURITY; ROBERT S.  )
MUELLER, DIRECTOR, FEDERAL BUREAU )
OF INVESTIGATIONS; ERIC H. HOLDER, )
JR., U.S. ATTORNEY GENERAL,      )
                                 )
         Defendants.             )
_____)

A Joint Stipulation and Order was filed October 21, 2009, ("October 21, 2009, Order") in which the status conference in this case was rescheduled to March 29, 2010, and a joint status report was required to be filed no later than fourteen days prior to the status conference. No status report was filed.

The parties are warned that failure to comply with a filing due date could result in commencement of a proceeding to determine

1

whether sanctions should be imposed under Federal Rule of Civil Procedure 16(f). It is assumed that the parties failed to file a joint status report because a dismissal motion is pending in this case. If the parties did not want to file a status report until after decision is issued on the pending dismissal motion, they should have made that request. Although the status conference will be continued, the parties should not again ignore a filing deadline in this case. Because of the parties' failure to file a status report the status conference scheduled on March 29, 2010, is rescheduled to August 9, 2010. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: March 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge